1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO.:   20CR3546-JLS |
| 12          Plaintiff, | |
| 13     v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |
| 14  Loretta Lynn Nelson, | |
| 15          Defendant. | |

16

17     For good cause shown and upon joint motion of the parties, IT IS HEREBY

18  ORDERED that the Motion Hearing currently set for April 2, 2021 at 1:30 p.m., be

19  continued to May 7, 2021 at 1:30 p.m. It is further ordered that the time between

20  April 2, 2021 and May 7, 2021, is excluded under the Speedy Trial Act in the

21  interests of justice.

22     IT IS SO ORDERED.

23  Dated:  March 31, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

24
25
26
27
28