**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| **United States of America,** | ) | Case No:   20cr-3546-JLS |
| Plaintiff, | ) | |
| | ) | **Order Extending Self-Surrender Date** |
| **Loretta Nelson,** | ) | |
| Defendant. | ) | |

For good cause appearing, **it is hereby ordered**:

**(1)** The date for Ms. Nelson to surrender to her designated institution or to the United States Marshals is extended from December 17, 2021, to **February 18, 2022, by 12:00 p.m.;** and

**(2)** The hearing for the exoneration of bond is continued from January 7, 2022, to **February 25, 2022,** at 9:00 a.m.

All the conditions of Ms. Nelson's bond remain in effect.

**SO ORDERED.**

Dated:  December 17, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

UNITED STATES V. NELSON, 20CR-3456-JLS  – ORDER EXTENDING SELF-SURRENDER DATE